[No. 10,984.   Department One.—November 18, 1884.]

# THE PEOPLE, RESPONDENT, v. JOHN W. HICKS, APPELLANT.

CRIMINAL LAW—ROBBERY—SUFFICIENCY OF INFORMATION.—Where an information for robbery charges " that the property taken was the personal property in the possession of one Frederick Schwartz, and that it was taken from the person and against the will of Schwartz," this is a sufficient averment that the property belonged to Schwartz, and that it was taken from him by the defendant.

APPEAL from a judgment of the Superior Court of Yuba County.

The defendant was charged with the crime of robbery. The remaining facts are stated in the opinion of the court.

*E. A. Davis*, for Appellant.

*Attorney General Marshall*, for Respondent.

McKee, J.—The only point made by the appellant in this case is, that " the information fails to allege that the property taken was the property of some person other than the defendant." But the information contains this averment, viz: "That the property taken was the personal property in the possession of Frederick Schwartz, * * * and that the same was taken from the person and against the will of him, the said Schwartz." We think this is a sufficient averment that the property belonged to Schwartz,. and that it was taken from him by the defendant.

Judgment affirmed.

Ross, J., and McKinstry, J., concurred.